# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**KENNETH G. GILMAN,**

    **Plaintiff,**

**v.**                                                       **Case No:  2:11-cv-696-Ftm-99DNF**

**SAMSUNG TELECOMMUN ICATIONS AMERICA, LLC,**

    **Defendant.**

## ORDER

This cause is before the Court on Defendant Samsung Telecommunications America, Inc.'s Motion to Compel Arbitration or, alternatively, to Dismiss Complaint for Failure to State a Claim (Doc. No. 18) filed on March 16, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 25, 2012 (Doc. No. 39), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendant Samsung Telecommunications America, Inc.'s Motion to Compel Arbitration or, alternatively, to Dismiss Complaint for Failure to State a Claim (Doc. No. 18) is hereby GRANTED in part.

3. The Complaint is dismissed without prejudice, with leave to file an amended complaint by August 27, 2012.

**DONE** and **ORDERED** in Fort Myers, Florida on August 13, 2012.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record