UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| KENNETH G. GILMAN, Individually, and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>　　　　　　Defendant. | Case No. 2:11-cv-00696-UA-DNF |

## NOTICE REGARDING STIPULATION OF DISMISSAL

Plaintiff, Kenneth G. Gilman, by and through his undersigned counsel, hereby notifies this Court that the parties are negotiating the terms for a stipulation of dismissal in the above-captioned cause. Plaintiff's Counsel and Defendant's Counsel believe they have come to terms that will be agreeable by the respective parties, and, as soon as Plaintiff's Counsel receives final approval from Defendant's Counsel, Plaintiff's Counsel will file the same with this Court.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　  */s/ David H. Harris*
　　　　　　　　　　　　　　　　　　David H. Harris (FBN 118850)
　　　　　　　　　　　　　　　　　　HARRIS LAW FIRM, P.A.
　　　　　　　　　　　　　　　　　　8695 College Parkway, Suite 1350
　　　　　　　　　　　　　　　　　　Fort Myers, FL 33919
　　　　　　　　　　　　　　　　　　Telephone:  (239) 985-4240
　　　　　　　　　　　　　　　　　　Facsimile:  (239) 236-0940
　　　　　　　　　　　　　　　　　　dhhesq@gmail.com

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff and Proposed Class*

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 26, 2012.

                */s/David H. Harris*
                David H. Harris