# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**KENNETH G. GILMAN,**

      Plaintiff,

v.                                                                 Case No:  2:11-cv-696-Ftm-99DNF

**SAMSUNG TELECOMMUN ICATIONS AMERICA, LLC,**

      Defendant.

_____

**ORDER OF DISMISSAL**

The Plaintiff has filed a Notice Regarding Stipulation of Settlement (Doc. No. 48). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.  All pending motions are **DENIED** as moot.  The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 27, 2012.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record