UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENNETH G. GILMAN, individually,
and on behalf of all others similarly situated,   Case No. 2:11-cv-00696-UA-DNF

        Plaintiff,

v.

SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC.

        Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Kenneth G. Gilman, individually, and Defendant, Samsung Telecommunications America, LLC, by and through their undersigned counsel, hereby stipulate to entry of an order dismissing this action with prejudice as to the individual Plaintiff and with each party to bear their own attorneys' fees and costs. To date, no class has been certified in this action and a motion for class certification of the same is not pending before this Honorable Court.

Respectfully submitted,

| | |
|---|---|
| /s/ David H. Harris | /s/ David E. Cannella |
| David H. Harris | David E. Cannella |
| Florida Bar No. 118850 | Florida Bar No. 983837 |
| HARRIS LAW FIRM, P.A. | D. Matthew Allen |
| 8695 College Parkway, Suite 1350 | Florida Bar No. 866326 |
| Fort Myers, FL 33919 | April Y. Walker |
| Telephone: (239) 985-4240 | Florida Bar No. 0125288 |
| Facsimile: (239) 236-0940 | Carlton Fields, P.A. |
| dhhesq@gmail.com | CNL Center at City Commons |
| *Attorney for Plaintiff and Proposed Class* | 450 S. Orange Avenue, Suite 500 |
| | Orlando, FL  32801-3336 |
| | Telephone: (407) 244-8235 |
| | Facsimile:  (407) 648-9099 |
| | E-mail: DCannella@CarltonFields.com |
| | *Attorneys for Defendant Samsung Telecommunications America, LLC*. |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 27th day of September 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF System.

/s/ David E. Cannella