UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


KENNETH G. GILMAN, individually,
and on behalf of all others similarly situated,          Case No. 2:11-cv-00696-UA-DNF

                        Plaintiff,

v.

SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC.

                        Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

       Plaintiff, Kenneth G. Gilman, individually, and Defendant, Samsung Telecommunications America, LLC, by and through their undersigned counsel, hereby stipulate to entry of an order dismissing this action with prejudice as to the individual Plaintiff and with each party to bear their own attorneys' fees and costs.  To date, no class has been certified in this action and a motion for class certification of the same is not pending before this Honorable Court.

Respectfully submitted,

/s/ David H. Harris
David H. Harris
Florida Bar No. 118850
HARRIS LAW FIRM, P.A.
8695 College Parkway, Suite 1350
Fort Myers, FL 33919
Telephone: (239) 985-4240
Facsimile: (239) 236-0940
dhhesq@gmail.com
*Attorney for Plaintiff and Proposed Class*

/s/ David E. Cannella
David E. Cannella
Florida Bar No. 983837
D. Matthew Allen
Florida Bar No. 866326
April Y. Walker
Florida Bar No. 0125288
Carlton Fields, P.A.
CNL Center at City Commons
450 S. Orange Avenue, Suite 500
Orlando, FL  32801-3336
Telephone: (407) 244-8235
Facsimile:  (407) 648-9099
E-mail: DCannella@CarltonFields.com
*Attorneys for Defendant Samsung*
*Telecommunications America, LLC.*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 27th day of September 2012, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF System.


/s/ David E. Cannella